AO 106 (Rev. 01/09) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>The college dorm room located at:<br>Pontifical College Josephinum<br>Theology Building, Dorm Room # 2<br>Columbus, Ohio 43235 | )<br>)<br>) Case No. 2:16mj54<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the ___Southern___ District of ___Ohio___ *(identify the person or describe property to be searched and give its location)*:

SEE ATTACHMENT A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of ___18___ U.S.C. § ___2423 & 2241___, and the application is based on these facts:

SEE AFFIDAVIT ATTACHED HERETO AND INCORPORATED BY REFERENCE HEREIN.

☑ Continued on the attached sheet.

☐ Delayed notice of ___ days (give exact ending date if more than 30 days: ___) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Justin B. Myers, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/02/2016

*Judge's signature*

City and state: Columbus, Ohio

Norah McCann King, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A
## DESCRIPTION OF LOCATION TO BE SEARCHED

The location known as Pontifical College Josephinum, Theology Building, Dorm Room # 2, Columbus (Franklin County), Ohio 43235 is located on the Pontifical College Josephinum main campus. The address to the college's main campus is 7625 North High Street, Columbus, Ohio (Franklin County) 43235.

## ATTACHMENT B
## PARTICULAR THINGS TO BE SEIZED

The following materials, which constitute evidence of, contraband, fruits of crime, or property designed or intended for use or which has been used as the means of committing the criminal offenses of: travel in interstate commerce for the purpose of engaging in any illicit sexual conduct in violation of 18 U.S.C. § 2423(b) and crossing state lines with intent to engage in a sexual act with a person who had not attained the age of 12 years in violation of 18 U.S.C. § 2241(c):

1. Computer Hardware: Computer(s), computer hardware, software, related documentation, passwords, data security devices (as described below), videotapes video recording devices, video recording players, monitors and or televisions, and data were instrumentalities of and will contain evidence related to this crime. The definitions provided for these terms as set forth in the affidavit in support of the search warrant are incorporated herein by reference.

2. Any and all notes, documents, records, or correspondence pertaining to engaging in any illicit sexual conduct.

3. Any and all diaries, address books, names, and lists of names and addresses of individuals who may have been contacted by the user of the computer for the purpose of engaging in any illicit sexual conduct.

4. Any and all correspondence identifying persons transmitting materials through interstate commerce, including by United States Mails or by computer, regarding engaging in any illicit sexual conduct.

5. Any and all records, documents, invoices and materials that concern any accounts with Internet Service Providers that may have been used.

6. Any and all files, documents, records, or correspondence on the computer, peripherals, or media, in any format or medium (including, but not limited to, network, system, security, and

user logs, databases, software registrations, data and meta data), that constitute user attribution information.

7. Any and all address books, mailing lists, supplier lists, mailing address labels and any and all documents and records pertaining to the preparation, purchase, and acquisition of names or lists of names to be used in connection with the purchase, sale, trade, or transmission, through interstate commerce, including by United States Mails or by computer, of materials associated with engaging in any illicit sexual conduct.

8. Any and all address books, names, and lists of names and addresses associated with engaging in any illicit sexual conduct.

9. Any and all electronic storage devices, including, but not limited to: computers, thumb drives, mobile phones, digital cameras, digital SD cards and micro cards and DVD/CDs. Also, videotapes, film cameras, books, diaries, notebooks, notes, drawings, films, slides, photographs, and photograph negatives, and any other items that may have been used in personal contact or any other activities associated with engaging in any illicit sexual conduct.

10. Any of the items described in paragraphs 1 through 9 above which are stored in the form of magnetic or electronic coding on computer media or on media capable of being read by a computer with the aid of computer-related equipment, including floppy diskettes, fixed hard disks, or removable hard disk cartridges, software or memory in any form.